**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
2018 JAN 18 PM 1:25

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO.: |
| ) | A18 CR 0016 LY |
| CHARLES MCALLISTER ) | |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas respectfully requests that the Court seal all documents relating to the Indictment filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, Personal Data Sheets, the Orders for Bench Warrant and Setting Amount of Bail as well as this motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents must be sealed so as to safely effect the arrest of the Defendant and avoid a risk of flight. The United States of America would also request that should this motion be granted that all of the aforementioned documents be unsealed following the Defendant's arrest. A file stamped copy shall be issued to the affiant and the government.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
DANIEL D. GUESS
Assistant United States Attorney
512/916-5858 / 512/916-5854 FAX
State Bar No. 00789328