**SEALED**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED
2018 JAN 18 PM 1: 24

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| v. | ) CRIMINAL NO.<br>) |
| | ) **A18CR0016 LY**<br>) |
| CHARLES MCALLISTER,<br>Defendant. | )<br>) |

## ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| CHARLES MCALLISTER | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED on this 18th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE