AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**CHARLES MCALLISTER**<br>*Defendant* | )<br>)<br>)  Case No.   1-18-CR-16(1)-LY<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **CHARLES MCALLISTER**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1-2: 18 U.S.C. § 1343 & 18 § U.S. C. 2- Wire Fraud
Count 3: 18 U.S.C. § 1957 - Engaging in Monetary Transaction in Criminally Derived Property

Date: 01/18/2018

*Issuing officer's signature*

City and state:   Austin, TX

Veronica Sobrevilla, Magistrate Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*