AO 442 (Rev. 01/09) Arrest Warrant   00222-480   FID:10488771   RECEIVED
U.S. MARSHALS SERVICE
2018 JAN 19 PM 1:58
WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHARLES MCALLISTER | ) | Case No.   1-18-CR-16(1)-LY |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHARLES MCALLISTER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1-2: 18 U.S.C. § 1343 & 18 § U.S.C. 2- Wire Fraud
Count 3: 18 U.S.C. § 1957 - Engaging in Monetary Transaction in Criminally Derived Property

Date:   01/18/2018

*Issuing officer's signature*

City and state:   Austin, TX

Veronica Sobrevilla, Magistrate Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 01/19/2018, and the person was arrested on *(date)* 01/23/2018
at *(city and state)* Austin, TX (Self-Surrender)

Date: 01/23/2018

*Arresting officer's signature*

Aaron Greenwood for the FBI
*Printed name and title*