UNITED STATES DISTRCT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 1:18-CR-00016-LY |
| CHARLES MCALLISTER | § § § | |

## NOTICE OF APPEARANCE

Defendant, CHARLES MCALLISTER gives notice to the Court that James Ardoin will be appearing as his lead attorney of record in the above styled and numbered case.

DATED: January 24, 2018.

                                                 Respectfully submitted,

                                                 JONES WALKER, LLP
                                                 811 Main Street, Suite 2900
                                                 Houston, Texas 77002
                                                 Phone: (713) 437-1811
                                                 Fax: (713) 437-1946

                                                 */s/ James Ardoin*
                                                 JAMES ARDOIN
                                                 State Bar No. 24045420
                                                 Email: jardoin@joneswalker.com

                                                 *Attorney for Defendant*
                                                 *CHARLES MCALLISTER*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct of the above and foregoing filed via the CM/ECF system which caused service upon all parties on January 24, 2018.

                                     */s/ James Ardoin*
                                     JAMES ARDOIN