UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 1:18-CR-00016-LY |
| CHARLES MCALLISTER | § § § | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, CHARLES MCALLISTER moves the Court to modify his conditions of release to allow travel to the Houston area to meet with his counsel and to further modify his travel restrictions to reflect the standard language used in the district where he is being supervised. In support he shows as follows:

1.  On January 23, 2018, Defendant appeared with counsel for his initial appearance before Magistrate Judge Austin. During the initial appearance the Court ordered conditions of release for Defendant. *See* DKT 12. The Court orally pronounced that Defendant was allowed to travel to the Houston area for the purpose of meeting with his counsel who offices there, with both offices in Downtown Houston and The Woodlands. However, the final written order is inconsistent and does not reflect the Court's oral order on the record. Accordingly, Defendant requests that the Court modify the written order to reflect the oral order allowing Defendant to travel to the Houston area.

1

2.	In addition, Defendant's pre-trial services officer in Alabama (James Chappell) has recommended that the language in paragraph (7)(f) of the order which currently states, "Lee County and surrounding counties," be amended to say, "Middle District Alabama." According to Mr. Chappell this is the standard language used in that district.

PRAYER

Defendant prays that the Court grant his motion and modify his conditions of release, paragraph (7)(f) to read as follows: "No travel outside the Middle District Alabama without permission from pretrial services. May travel to Austin for court purposes and to the Houston area (Harris and Montgomery Counties) for the purpose of meeting with his counsel."

DATED: February 21, 2018.

        Respectfully submitted,

        JONES WALKER, LLP
        811 Main Street, Suite 2900
        Houston, Texas 77002
        Phone: (713) 437-1811
        Fax: (713) 437-1946

        */s/ James Ardoin*
        JAMES ARDOIN
        State Bar No. 24045420
        Email: jardoin@joneswalker.com

        *Attorney for Defendant*
        CHARLES MCALLISTER

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct of the above and foregoing filed via the CM/ECF system which caused service upon all parties on February 21, 2018.

              */s/ James Ardoin*
              JAMES ARDOIN

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2018 I conferred with AUSA Dan Guess who stated he was UNOPPOSED to the relief sought in Defendant's Motion to Amend Conditions of Release.

              */s/ James Ardoin*
              JAMES ARDOIN