

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO: 1:18-CR-016(1)LY |
| CHARLES MCALLISTER | § | |

## ORDER OF REFERRAL

On February 21, 2018 an Unopposed Motion to Modify Conditions of Release (Clerk's Doc. #16) was filed by James Ardoin, on behalf of Defendant Charles McAllister.

IT IS ORDERED that the Unopposed Motion to Modify Conditions of Release in the above entitled and numbered case is referred to United States Magistrate Judge Andrew W. Austin.

SIGNED on this 22nd day of February, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE