# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. A-18-CR-0016 LY |
| | § | |
| CHARLES MCALLISTER | § | |

## ORDER

Having considered the Defendant's Unopposed Motion to Amend Conditions of Release, the Court is of the opinion the motion should be GRANTED.

It is therefore ORDERED that Paragraph (7)(f) of Defendant's conditions of release is amended to read as follows:

> "No travel outside the Middle District Alabama without permission from pretrial services. May travel to Austin for court purposes and to the Houston area (Harris and Montgomery Counties) for the purpose of meeting with his counsel."

SIGNED this 28th day of February, 2018.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE