IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | 1:18-CR-00016(1)-LY |
| | § | |
| (1) CHARLES MCALLISTER | § | |

# ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a HEARING ON THE DEFENDANT'S UNOPPOSED MOTION TO CONTINUE filed by the Defendant on July 30, 2018 (Clerk's Doc. 20) in Courtroom 7, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, August 10, 2018 at 10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and if the defendant is on bond, advise the defendant to be present at this proceeding. The defendant need not to appear but may do so if they so desire.

Signed this 1st day of August, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE