IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 1:18-CR-016-LY |
| CHARLES MCALLISTER | § | |

## GOVERNMENT'S MOTION FOR CONTINUANCE

The United States of America files this motion to continue the pretrial conference from 9:00 a.m. on August 20, 2019, to 2:00 p.m. that same day. Counsel for the government has a morning conflict and seeks to move the time to 2:00 p.m. Counsel for the defendant is unopposed to the time change.

Respectfully submitted,

JOHN BASH
UNITED STATES ATTORNEY

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
State Bar of Texas No. 00789328
Telephone: 512.978.5858

## CERTIFICATE OF CONFERENCE

I have communicated with Jimmy Ardoin, counsel for Charles McAllister, who agrees with the motion for continuance.

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney

Motion to Continue - Page 1

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2019, a true and correct copy of this motion was served on the attorney for the defendant by ECF.

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
