IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:18-CR-016-LY |
| | § | ECF |
| CHARLES MCALLISTER | § | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR NOTICE IN ADVANCE OF TRIAL OF RULE 404(b) EVIDENCE**

The United States understands it obligations under Federal Rule of Evidence 404(b) and will comply with the rule. The government will provide formal notice prior to trial of its intent to introduce evidence of other crimes, wrongs, or acts alleged to have been committed by the defendant. As noted in defendant's motion, the government does not currently intend to offer any Rule 404(b) evidence.

Respectfully submitted,

JOHN BASH
UNITED STATES ATTORNEY

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
Texas State Bar No. 00789328

**Government's Response to Motion under 404(b) - Page 1**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel via ECF on August 7, 2019.

    *s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney