IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:18-CR-016-LY |
| | § | ECF |
| CHARLES MCALLISTER | § | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS MOTION FOR NOTICE IN ADVANCE OF TRIAL OF RULE 1006 SUMMARIES**

The United States agrees to disclose to defense counsel summaries it will submit for trial.

The government will provide the summaries to defense counsel 14 days or earlier before trial.

Respectfully submitted,

JOHN BASH
UNITED STATES ATTORNEY

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
Texas State Bar No. 00789328

**Government's Response to Motion under 1006 - Page 1**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel via ECF on August 7, 2019.

                                                 *s/Daniel D. Guess*
                                                 DANIEL D. GUESS
                                                 Assistant United States Attorney