IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:18-CR-016-LY |
| | § | ECF |
| CHARLES MCALLISTER | § | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS MOTION FOR EARLY DISCLSOURE OF JENCKS MATERIAL**

The United States agrees to disclose to defense counsel Jencks material 14 days or earlier before trial.

Respectfully submitted,

JOHN BASH
UNITED STATES ATTORNEY

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
Texas State Bar No. 00789328

**Government's Response to Jencks Motion - Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel via ECF on August 7, 2019.

    *s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney