IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR-016-LY |
| CHARLES MCALLISTER | § | |

## GOVERNMENT'S MOTION IN LIMINE

The United States submits the following issue should not be mentioned in front of the jury without having a hearing outside the presence of the jury to determine its relevancy and admissibility under Fed. R. Evidence 401, 403, 801, and 802.

1. The United States objects to any question, comment, or evidence related to any out of court statements, oral or written, made to the Defendant regarding the legality of his business practices at Bullion Direct, Inc. ("BDI") by persons not subpoenaed to testify in this trial. The government believes that such evidence would be irrelevant, unfairly prejudice, confuse, or mislead the jury, and would constitute inadmissible hearsay under Fed. R. Evid. 401, 403, 801, and 802. If counsel for the defendant believes such evidence is relevant and not inadmissible hearsay, the government requests a hearing outside the presence of the jury before counsel discusses such evidence in his opening statement or poses any questions that would call for testimony regarding such evidence.

Respectfully submitted,

JOHN F. BASH,
United States Attorney

*/s Keith M. Henneke*
KEITH M. HENNEKE
Assistant United States Attorney
Texas State Bar No. 24054497
903 San Jacinto Blvd., Ste. 344
Austin, Texas 78701

Telephone: 512.916.5858

## CERTIFICATE OF SERVICE

I certify that on August 14, 2019, a true and correct copy of this instrument was served on counsel for the defendant via ECF.

*/s Keith M. Henneke*
KEITH M. HENNEKE
Assistant United States Attorney

**Government's Motion in Limine - Page 2**