IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR-016-LY |
| CHARLES MCALLISTER | § | |

## GOVERNMENT'S REQUESTED VOIR DIRE

The United States files this requested *voir dire* and would ask the Court to ask the following questions:

1. Have any of you ever bought or sold a commodity, like gold or silver, either as part of your job or as a hobby/personal investment? How did you buy or sell it? Did you use an intermediary, like a brokerage company? How did you store the commodity after you bought it? Did you make or lose money?

2. Do any of you or have any of you owned your own business? If any of you have, what kind of business? As part of the business, were you responsible for protecting a customer's money or property? What steps did you take to protect that money or property? Were you ever accused of mishandling or stealing a customer's property? Has anyone close to you been so accused?

3. Most everyone has at some time or another trusted someone else to protect your money or property, like for example by depositing money into a bank. Have you ever had your money or property mishandled or stolen by a person or business that you had entrusted it with?

4. Some of the people who worked for the defendant or his company in this case may testify regarding the facts and circumstances of the fraud and money laundering. Does the fact

**Government's Requested Voir Dire - Page 1**

that a person worked for the defendant or his company, based on that status, mean he or she has less credibility than another witness?

6.   Have any of you ever been arrested, charged with, or convicted of a criminal offense?   If so, please give us some of the details.   Likewise, do you have any family members or close friends who have been arrested, charged with, or convicted of a criminal offense?

9.   Do any of you have a moral, ethical, or religious belief that would prevent you from sitting in judgment of another person?

    Respectfully submitted,

    JOHN F. BASH
    United States Attorney

    */s Keith M. Henneke*
    KEITH M. HENNEKE
    Texas State Bar No. 24054497
    DANIEL D. GUESS
    Texas State Bar No. 00789328
    Assistant United States Attorneys
    903 San Jacinto Blvd., Suite 344
    Austin, Texas 78701
    Telephone: 512.978.5858
    Facsimile: 512.978.5854

## CERTIFICATE OF SERVICE

I certify that on this the 14th day of August, 2019, a true and correct copy of this instrument was served via ECF on counsel for the defendant.

                                            */s Keith M. Henneke*
                                            KEITH M. HENNEKE
                                            Assistant United States Attorney