**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CRIMINAL NO. 1:18-CR-00016-LY** |
| § | |
| **CHARLES MCALLISTER** § | |
| § | |

**CHARLES MCALLISTER'S REQUESTED JURY INSTRUCTIONS**

Defendant, Charles McAllister, by and through his undersigned counsel, files his requested jury instructions for the Court's consideration.

Defendant proposes all current Fifth Circuit Pattern Jury Instructions (Criminal Cases) that apply.

DATED: August 20, 2019.

                                                                                                                                                Respectfully submitted,

                                                                                                                                                JONES WALKER, LLP
                                                                                                                                                811 Main Street, Suite 2900
                                                                                                                                                Houston, Texas 77002
                                                                                                                                                Phone: (713) 437-1811
                                                                                                                                                Fax: (713) 437-1946

                                                                                    */s/ James Ardoin*
                                                                                      JAMES ARDOIN
                                                                                      State Bar No. 24045420
                                                                                      Email: jardoin@joneswalker.com

                                                                                      *Attorney for Defendant*
                                                                                      *CHARLES MCALLISTER*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct of the above and foregoing filed via the CM/ECF system which caused service upon all parties on August 20, 2019.

                                                */s/ James Ardoin*
                                                JAMES ARDOIN