IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR-016-LY |
| CHARLES MCALLISTER | § | |

## JOINT NOTICE TO THE COURT

On September 9, 2019, the United States, by and through its Assistant United States Attorneys, and defense counsel Jimmy Ardoin (collectively the "parties"), conferred via telephone in the presence of the Court.  The Government provided notice that it recently discovered a likely Government witness at trial in this matter, Paul Carmona, is married to a member of the Court's staff (but one who is not working on this matter).  The parties agreed and herein confirm their agreement that this fact does not raise any conflict for the Court or any basis for recusal of the Honorable Lee Yeakel, who will be presiding at trial.  The parties further confirm that they have not requested an alternate judge for trial and waive any such request absent new and additional facts that would warrant such a request.  However, the defense reserves the right to object to the admission of any evidence or testimony from the witness in question at trial.

    Respectfully submitted,

    JOHN F. BASH,
    United States Attorney

    */s/ Keith M. Henneke*
    KEITH M. HENNEKE
    Assistant United States Attorney
    Texas State Bar No. 24054497
    903 San Jacinto Blvd., Ste. 344
    Austin, Texas 78701
    Telephone: 512.916.5858

                        JONES WALKER, LLP
                        811 Main Street, Suite 2900
                        Houston, Texas 77002
                        Phone: (713) 437-1811
                        Fax: (713) 437-1946

*/s/ James Ardoin*
JAMES ARDOIN
State Bar No. 24045420
Email: jardoin@joneswalker.com

*Attorney for Defendant*
*CHARLES MCALLISTER*

## CERTIFICATE OF SERVICE

    I certify that on September 10, 2019, a true and correct copy of this instrument was served on counsel for the defendant via ECF.

*/s Keith M. Henneke*
KEITH M. HENNEKE
Assistant United States Attorney

**Joint Notice to the Court- Page 2**