IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 1:18-CR-016-LY |
| CHARLES MCALLISTER | § | |

## GOVERNMENT'S FIRST SUPPLEMENTAL REQUESTED VOIR DIRE

The United States files this requested *voir dire* and would ask the Court to ask the following questions in addition to the prior requested *voir dire*:

1. What does it mean to defraud someone?  What is the difference between a legal transaction and fraud?  What are some examples of fraud?

2. How do you know when someone is acting with an intent to defraud?  Could you make that decision?  Would you need an explicit admission?

3. Is it fraud if the person intends to pay the money back by other means?

        Respectfully submitted,

        JOHN F. BASH
        United States Attorney

        */s Keith M. Henneke*
        KEITH M. HENNEKE
        Texas State Bar No. 24054497
        DANIEL D. GUESS
        Texas State Bar No. 00789328
        Assistant United States Attorneys
        903 San Jacinto Blvd., Suite 344
        Austin, Texas 78701
        Telephone: 512.978.5858
        Facsimile: 512.978.5854

## CERTIFICATE OF SERVICE

I certify that on this the 27th day of September, 2019, a true and correct copy of this instrument was served via ECF on counsel for the defendant.

/s Keith M. Henneke
KEITH M. HENNEKE
Assistant United States Attorney