# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | A-18-CR-016-LY |
| | § | |
| CHARLES McALLISTER | § | |

**UNITED STATES' JURY TRIAL EXHIBIT LIST**

| Exhibit # | Description | Admitted |
|---|---|---|
| 1 | DEMONSTRATIVE--Basic Process Flow | |
| 2 | BDI Articles of Corporation | |
| 3 | Vault Photo 1 | |
| 4 | Vault Photo 2 | |
| 5 | Vault Photo 3 | |
| 6 | Vault Photo 4 | |
| 7 | Vault Photo 5 | |
| 8 | Vault Photo 6 | |
| 9 | Vault Photo 7 | |
| 10 | Vault Photo 8 | |
| 11 | Vault Photo 9 | |
| 12 | Vault Photo 10 | |
| 13 | Vault Photo 11 | |
| 14 | Vault Photo 12 | |
| 15 | House Photo 1 | |
| 16 | House Photo 2 | |
| 17 | House Photo 3 | |
| 18 | House Photo 4--Wimberly | |
| 19 | House Photo 5--Wimberly | |
| 20 | Online Presence 1 | |
| 21 | Online Presence 2 | |
| 22 | DEMONSTRATIVE--Map | |
| 23 | Reserved for Future Exhibit | |
| 24 | Reserved for Future Exhibit | |
| 25 | BDI Terms of Service v1.2 (Basic Agreement) | |
| 26 | BDI Terms of Service v1.1 (IRA) | |
| 27 | BDI Terms of Service v2.0 (IRA) | |

| | | |
|---|---|---|
| 28 | BDI Terms of Service v2.0.1 (Basic Agreement) | |
| 29 | BDI Terms of Service v2.0.1b (Basic Agreement) | |
| 30 | BDI Terms of Service v3.0 (Basic) (Active Agreement) | |
| 31 | BDI Terms of Service v3.0 (IRA) (Active Agreement) | |
| 32 | BDI Terms of Service v3.1 (Draft Basic Agreement) | |
| 33 | BDI Terms of Service v3.1 (Draft IRA) | |
| 34 | Reserved for Future Exhibit | |
| 35 | Reserved for Future Exhibit | |
| 36 | Reserved for Future Exhibit | |
| 37 | Reserved for Future Exhibit | |
| 38 | Reserved for Future Exhibit | |
| 39 | Reserved for Future Exhibit | |
| 40 | Reserved for Future Exhibit | |
| 41 | Screenshot of Storage and Insurance for Bullion Direct, Inc. 2006 | |
| 42 | Confirmation Order S733647 in the amount of $14,010.40 dated 06/01/2007 | |
| 43 | Confirmation Order S737529 in the amount of $2,796.00 dated 08/24/2007 | |
| 44 | Gold Star Trust Company Statement of Account for Account Number: R180445726 for the time period of 01/01/2008 thru 07/29/2008 | |
| 45 | Screenshot of Change in Terms of Service dated 10/03/2012 | |
| 46 | Screenshot of Storage and Insurance for Bullion Direct, Inc. dated 05/08/2013 | |
| 47 | Screenshot of Paul Girton Portfolio as of 07/03/2015 | |
| 48 | Screenshot of Paul Girton Portfolio as of 07/04/2015 | |
| 49 | Screenshot of Paul Girton transaction history as of 07/28/2015 | |
| 50 | Reserved for Future Exhibit | |
| 51 | Michael J. Brewster Bullion Direct Account Portfolio Screenshot | |
| 52 | Wire Detail for $97,364 4/13/15 from Credit Suisse Securities | |
| 53 | Email From Bentata Gryting 06/8/15 Subject Customer Service (LTK1217408448211X) 12:02 pm | |
| 54 | Reserved for Future Exhibit | |
| 55 | Reserved for Future Exhibit | |
| 56 | Confirmation Order RZPWJI8H8 in the amount of $11,998.80 dated 06/16/15 | |
| 57 | Email Inquiry regarding $11,998.80 order dated 6/22/15 | |
| 58 | Screenshot of Bradford account time stamp 10:51 | |
| 59 | Screenshot of Bradford account time stamp 8:03 | |
| 60 | Wire Detail for $11,998.80 from Community America Credit Union | |

| 61 | Letter Re: Jason Otteson-Operations and Accounting Concerns | |
| 62 | Letter May 17, 2010 Re: Resignation of Employment | |
| 63 | Confidentially Agreement | |
| 64 | Email Our relationship and this dispute | |
| 65 | Reserved for Future Exhibit | |
| 66 | Amended Bankruptcy Disclosure Statement Filed on 6/14/16 | |
| 67 | Bankruptcy Filing Response to limited objection to application for employment of attorneys | |
| 68 | Check for $100,000 to Martinec | |
| 69 | Reserved for Future Exhibit | |
| 70 | Bankrupcy agreement for the sale of assets | |
| 71 | Investigation Report by Gregory Milligan | |
| 72 | November 2, 2011 Memo RE: Commodity Metals Price Exposure and Hedging Activities | |
| 73 | RRJR Termination Letter Oct 5 2012 | |
| 74 | Reserved for Future Exhibit | |
| 75 | Reserved for Future Exhibit | |
| 76 | Email Fwd: Feedback | |
| 77 | Email Fwd: Sterling Trust Company | |
| 78 | Email Fwd: IRA; Buy Order Confirmation | |
| 79 | Email Fwd.: Nucleo Market Confirmation Emails | |
| 80 | Email Fwd: Bullion Direct Payment $575.70 | |
| 81 | Email Fwd: Bullion Direct Payment $191.90 | |
| 82 | Reserved for Future Exhibit | |
| 83 | Reserved for Future Exhibit | |
| 84 | Reserved for Future Exhibit | |
| 85 | Reserved for Future Exhibit | |
| 86 | Reserved for Future Exhibit | |
| 87 | Reserved for Future Exhibit | |
| 88 | Reserved for Future Exhibit | |
| 89 | Reserved for Future Exhibit | |
| 90 | Engagement Letter from Julie Mayfield to Chad, Vivek & Henry | |
| 91 | Bullion Direct, Inc. Employee Data | |
| 92 | Email from Charles McAllister to Julie Mayfield dated January 16, 2009 Subject: Fwd Investor Shares unaudited old document | |
| 93 | BDI Owner Information | |
| 94 | Public Information Report | |
| 95 | Email from Charles McAllister to Julie Mayfield dated April 29 2010 Subject: RE: Cash position | |

| 96 | Email from Charles McAllister to Julie Mayfield dated November 10 2011 Subject: RE: Cash Position | |
| 97 | Email from Charles McAllister to Julie Mayfield dated December 1 2011 Subject: Cash Position | |
| 98 | Email from Charles McAllister to Julie Mayfield dated February 15, 2012 Subject: Cash Position - with LSC wire | |
| 99 | Email from Charles McAllister to Julie Mayfield dated February 20 2012 Subject: Cash Position - See Note at bottom | |
| 100 | Email from Charles McAllister to Julie Mayfield dated May 12 2010 Subject RE: Departmental expenses | |
| 101 | Email from Charles McAllister to Julie Mayfield dated June 14 2010 Subject RE: Please approve | |
| 102 | Email from Charles McAllister to Julie Mayfield dated June 29 2010 Subject: RE: Please approve AMEX payment | |
| 103 | Email from Charles McAllister to Julie Mayfield dated January 28, 2011 (Subject: January figures to date) | |
| 104 | Email from Charles McAllister to Julie Mayfield dated February 4 2011 Subject: January | |
| 105 | Email from Charles McAllister to Julie Mayfield dated February 22, 2011 (Subject: RE: Disbursements - Heraeus) | |
| 106 | Email from Charles McAllister to Julie Mayfield dated May 10 2011 Subject: RE: Deposit for today | |
| 107 | Email from Charles McAllister to Natasha Bernal dated December 14, 2011 Subject: RE: Invoice from Royal Coin and Jewelry | |
| 108 | Email from Charles McAllister to Julie Mayfield dated December 19 2011 Subject: RE: Money for hedging | |
| 109 | Email from Charles McAllister to Natasha Bernal dated February 2 2012 Subject: RE: New purchase from Lone Star Cone | |
| 110 | Email from Charles McAllister to Julie Mayfield dated June 28 2012 Subject: RE: DG | |
| 111 | Bullion Direct, Inc. Balance Sheet and Profit & Loss Statements as of June 2009 | |
| 112 | Email Nov 8 2010: Subject June v oct 31 Comparative Balance Sheet | |
| 113 | Email Jan 12 2011 Subject Budget figures Balance Sheet | |
| 114 | Email September 28 2011 Financial Statement August | |
| 115 | Email October 5 2011 Subject: Preliminary Financials for September | |
| 116 | BDI Balance Sheet and Profit & Loss Statements as of April 2011 | |
| 117 | Bullion Direct, Inc. Monthly Expenditures for July 2009 through April 2010 | |

| 118 | BDI Monthly sales figures July 2009 through April 2010 | |
| 119 | Obligations per Admin as of June 30 2009 | |
| 120 | Obligations per Admin as of June 30, 2010 | |
| 121 | Obligations per Admin as of December 31 2010 | |
| 122 | Obligations per Admin as of April 30 2011 | |
| 123 | Obligations per Admin as of August 31 2011 | |
| 124 | Market Movement of Metal/Cash over past year | |
| 125 | Bullion Direct Movement in Current Earnings for the months July 2010 thru October 2010 | |
| 126 | Bullion Direct (prior) Movement in Current Earnings for the two months May and June | |
| 127 | Bullion Direct Movement in Current Earnings for the two months May and June | |
| 128 | Bullion Direct, Inc. Transaction Commission Analysis | |
| 129 | Email from Julie Mayfield to Charles McAllister dated May 28, 2010 (Subject: Resignation of Julie Mayfield as Controller) | |
| 130 | Email May 17 2011: Subject BDI Trust | |
| 131 | Shareholder Loan as of June 30, 2011 | |
| 132 | Prommisory Note Nov 13 2009 $925,000 | |
| 133 | Email from Charles McAllister to Vivek Katyel dated April 25, 2017 (Subject: Bullion Direct Shareholder Meeting Notice) | |
| 134 | PowerPoint Slide from Bullion Direct, Inc. Shareholder Meeting dated May 26, 2011 | |
| 135 | Email from Charles McAllister to Julie Mayfield and Randy Russell dated November 28, 2011 (Subject: Edit please - ) | |
| 136 | Bullion Direct Bonuses - November 18, 2011 | |
| 137 | Email from Charles McAllister to Julie Mayfield dated September 28, 2012 (Subject: Chad's Notes) | |
| 138 | Email Oct 4 2012 Subject: Update | |
| 139 | Julie Mayfield Resignation Letter dated October 5, 2012 | |
| 140 | Final Obligation Report | |
| 141 | Final Physical Inventory | |
| 142 | Reserved for Future Exhibit | |
| 143 | Reserved for Future Exhibit | |
| 144 | Reserved for Future Exhibit | |
| 145 | Reserved for Future Exhibit | |
| 146 | Reserved for Future Exhibit | |
| 147 | Reserved for Future Exhibit | |
| 148 | Reserved for Future Exhibit | |
| 149 | Reserved for Future Exhibit | |

| | | |
|---|---|---|
| 150 | Reserved for Future Exhibit | |
| 151 | Pamela Phillips Documents | |
| 152 | Reserved for Future Exhibit | |
| 153 | Reserved for Future Exhibit | |
| 154 | Reserved for Future Exhibit | |
| 155 | Wells Fargo Bank Business Records Affidavit (1) | |
| 156 | Wells Fargo Bank Business Records Affidavit (2) | |
| 157 | WFB Nucleo Staffing xxx9352 Statement for July 2015 | |
| 158 | $75,000 Check to Randy Leavitt dated October 11, 2012 | |
| 159 | $100,000 Check to Duggins Wren dated October 11, 2012 | |
| 160 | $100,000 Check to Martinec Winn dated October 12, 2012 | |
| 161 | $22,000 Check to Charles McAllister dated June 22, 2015 | |
| 162 | WFB BullionDirect xxx0400 | |
| 163 | WFB BullionDirect xxx0418 | |
| 164 | WFB BullionDirect xxx3787 | |
| 165 | WFB BullionDirect xxx4768 | |
| 166 | WFB BullionDirect xxx4792 | |
| 167 | WFB BullionDirect xxx6974 | |
| 168 | WFB BullionDirect xxx8222 | |
| 169 | WFB BullionDirect xxx8896 | |
| 170 | WFB NBD Holdings xxx7829 | |
| 171 | WFB NBD Holdings xxx7910 | |
| 172 | WFB Nucleo Staffing xxx9352 | |
| 173 | WFB NUMISDirect xxx7520 | |
| 174 | WFB NUMISDirect xxx7887 | |
| 175 | WFB The BDI Trust xxx1233 | |
| 176 | WFB Escondida Family Living Trust xxx1861 | |
| 177 | Frost Bank Nucleo Development Co. xxx7004 | |
| 178 | Chart of Accounts | |
| 179 | Chart of Accounts (2) | |
| 180 | Analysis (Overall) | |
| 181 | Analysis (April 2015) | |
| 182 | Analysis (June 2015) | |
| 183 | Corporate Tax Return Summary | |
| 184 | Benefits Summary | |
| 185 | Clearing Fees v. Expenses Analysis | |
| 186 | Clearing Fees v. Expenses Analysis (Line Graph) | |
| 187 | Financial Analysis  Flowchart | |
| 188 | Reserved for Future Exhibit | |
| 189 | Reserved for Future Exhibit | |

| 190 | Reserved for Future Exhibit | |
|-----|------------------------------|--|
| 191 | Reserved for Future Exhibit | |
| 192 | Reserved for Future Exhibit | |
| 193 | Reserved for Future Exhibit | |
| 194 | Reserved for Future Exhibit | |
| 195 | Reserved for Future Exhibit | |
| 196 | Reserved for Future Exhibit | |
| 197 | Reserved for Future Exhibit | |
| 198 | Reserved for Future Exhibit | |
| 199 | Reserved for Future Exhibit | |
| 200 | Reserved for Future Exhibit | |

Respectfully submitted,

JOHN F. BASH
United States Attorney


By:  ___/s/ Daniel D. Guess
     DANIEL D. GUESS
     Assistant U. S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of September, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**James M. Ardoin , III**
Jones Walker, LLP
811 Main Street, Suite 2900
Houston, TX 77002

By:    /s/ Daniel D. Guess
DANIEL D. GUESS
Assistant U. S. Attorney