IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:18-CR-016-LY |
| | § | ECF |
| CHARLES MCALLISTER | § | |

## GOVERNMENT'S WITNESS LIST

The United States Government submits the following witness list relating to the trial of Charles McAllister.

    Respectfully submitted,

    JOHN BASH
    United States Attorney


    */s Daniel D. Guess*
    DANIEL D. GUESS
    Assistant United States Attorney
    816 Congress Avenue, Suite 1000
    Austin, Texas  78701
    (512) 916-5858
    State Bar No. 00789328


## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, a true and correct copy of this instrument was filed with the District Clerk via the WDTX CM/ECF system, and the Defendant's attorney of record will have access to it.

    */s Daniel D. Guess*
    DANIEL D. GUESS
    Assistant United States Attorney

## WITNESSES

| NAME | SUBJECT MATTER |
|---|---|
| David Hall<br>FBI<br>Austin, TX | Hall is one of the case agents who will testify regarding the investigative techniques used and facts developed during the investigation. |
| Michael Fernald<br>IRS<br>Austin, TX | Fernald is one of the case agents who will testify regarding the investigative techniques used and facts developed during the investigation. |
| Mirella Rodriguez<br>FBI<br>San Antonio, TX | Rodriguez is one of the agents who worked on the investigation and will testify regarding the investigative techniques used and facts developed during the investigation. |
| Dan Bensimmon<br>Austin, TX | Bensimmon will testify regarding BDI operations and management. |
| Joe Martinec<br>Austin, TX | Martinec will testify regarding BDI operations and management. |
| Greg Milligan<br>Austin, TX | Milligan will testify regarding BDI operations and management. |
| David McDonald<br>IDS<br>Philadelphia, PA | McDonald will testify about BDI metal storage and relationship with IDS. |
| Ira Fritz<br>Dillon Gage<br>Dallas, TX | Fritz will testify about metal transactions with BDI |
| Julie Mayfield<br>Tulsa, OK | Mayfield will testify regarding BDI operations and management. |
| Randy Russell<br>Austin, TX | Russell will testify regarding BDI operations and management. |
| Greg Russell<br>Dallas, TX | Russell will testify regarding BDI operations and management. |
| Jason Ottesson<br>Austin, TX | Otteson will testify regarding BDI operations and management. |
| Natasha Bernal<br>Austin, TX | Bernal will testify regarding BDI operations and management. |
| Blake Thomas<br>Austin, TX | Thomas will testify regarding BDI operations and management. |
| Brad Plies<br>Austin, TX | Plies will testify regarding BDI operations and management. |
| Corbin Tuma<br>Austin, TX | Tuma will testify regarding BDI operations and management. |
| Paul Carmona<br>Austin, TX | Carmona will testify about BDI business practices and meeting with BDI personnel. |
| David Sheppard<br>Austin, TX | Sheppard will testify about meeting with BDI employees. |

| Michael Bradford<br>Seattle, WA | Bradford will testify regarding his experience as a BDI customer. |
|---|---|
| Michael Brewster<br>New York, NY | Brewster will testify regarding his experience as a BDI customer. |
| Paul Girton<br>Venezuela | Girton will testify regarding his experience as a BDI customer. |
| Jean Seidel<br>McKees Rock, PA | Seidel will testify regarding her experience as a BDI customer. |
| Pam Phillips<br>Sarasota, FL | Phillips will testify regarding her experience as a BDI customer. |

**Government's Witness List - Page 3**