UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:18-CR-00016-LY |
| | § | |
| CHARLES MCALLISTER | § | |
| | § | |

## DEFENDANT'S FIRST AMENDED EXHIBIT LIST

| Defendant's Exhibit No. | Description | Admitted |
|---|---|---|
| 1 | Promissory Note Executed by Julie Mayfield | |
| 2 | Deloitte & Touche LLP 10/23/2009 Proposal for Accounting Services | |
| 3 | Email Exchange Between Mayfield, Russell, McAllister 3/2/2011 Re: Epicor | |
| 4 | Duggins Wren 10/5/2012 Opinion Letter | |
| 5 | Bankruptcy Schedule F | |

Respectfully submitted,

JONES WALKER, LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Phone: (713) 437-1811
Fax: (713) 437-1946

*/s/ James Ardoin*
JAMES ARDOIN
State Bar No. 24045420
Email: jardoin@joneswalker.com

*Attorney for Defendant*
*CHARLES MCALLISTER*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct of the above and foregoing filed via the CM/ECF system which caused service upon all parties on October 2, 2019.

*/s/ James Ardoin*  
JAMES ARDOIN

{HD106265.1}2