

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| V. | § § | CRIMINAL NO. A-18-CR-16-LY |
| CHARLES MCALLISTER, | § § | |

### SPECIAL VERDICT FORM

For each count on this special verdict form, write "Guilty" or "Not Guilty" in the space provided.

The presiding juror must sign and date the special verdict form on page 5.

*Please proceed to the next page.*

1. **Count One: Wire Fraud**

   We, the jury, with regard to Defendant CHARLES MCALLISTER, unanimously find the following:

   Answer "Guilty or "Not Guilty."

   COUNT ONE: ___Guilty___

   *Please proceed to the next page.*

## 2. Count Two: Wire Fraud

We, the jury, with regard to Defendant CHARLES MCALLISTER, unanimously find the following:

Answer "Guilty or "Not Guilty."

COUNT TWO: __Guilty__

*Please proceed to the next page.*

3. **Count Three: Engaging in Monetary Transaction in Criminally Derived Property**

We, the jury, with regard to Defendant CHARLES MCALLISTER, unanimously find the following:

Answer "Guilty or "Not Guilty."

COUNT THREE: __Guilty__

*Please proceed to the next page.*

*There are no more counts. Please proceed to the next page, and your Presiding Juror will sign and date the special verdict form.*

4

We, the jury, unanimously made each of the findings indicated on this special verdict form.

Submitted this ___4th___ day of October, 2019 at _5:40_ o'clock _p_ m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

PRESIDING JUROR