UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
|  | § | CRIMINAL NO: |
| vs. | § | AU:18-CR-00016(1)-LY |
|  | § | |
| (1) CHARLES MCALLISTER | § | |

## **LIST OF WITNESSES**

| **FOR GOVERNMENT** | **FOR DEFENDANT** |
| --- | --- |
| 1. David Hall | 1. |
| 2. Michael Bradford | 2. |
| 3. Michael Brewster | 3. |
| 4. Julie Mayfield | 4. |
| 5. Paul Carmona | 5. |
| 6. David MacDonald | 6. |
| 7. Greg Russell | 7. |
| 8. Joseph David Martinec | 8. |
| 9. Greg Milligan | 9. |
| 10. Jean Seidel | 10. |
| 11. Pamela Phillips | 11. |
| 12. Michael J. Fernald | 12. |