# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §  CRIMINAL NO: |
| vs. | §  AU:18-CR-00016(1)-LY |
| | § |
| (1) CHARLES MCALLISTER | § |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 7, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, December 19, 2019 at 9:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

IT IS SO ORDERED this 9th day of October, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE