## Analysis of Customer Funds
(at 2% Commission)
01/01/2009 - 07/21/2015

| | | |
|---|---:|---:|
| Customer Deposits | | $410,629,564.57 |
| less: (Adjustments) | | ($2,174,734.29) |
| **Net Customer Deposits** | | **$408,454,830.28** |
| | | |
| Commissions (Clearing Fees) to BDI (at 2% of Net Customer Deposits) | | $8,169,096.61 |
| | | |
| less: | | |
| Customer Redemptions/Fulfillments | | $120,484,287.85 |
| less: (Check/Wire Returns) | | ($1,408,265.84) |
| **Net Customer Redemptions/Fulfillments** | | **$119,076,022.01** |
| | | |
| Payments for Purchase of Metal(s) | | $266,983,228.55 |
| less: (Returns) | | ($1,959,729.45) |
| **Net Payment to Wholesalers** | | **$265,023,499.10** |
| | | |
| Operational Expenses (2% Commission) | | $8,169,096.61 |
| | | |
| **Amount of Misappropriated Customer Funds** | | **$16,186,212.56** |

GOVERNMENT'S ATTACHMENT A

GOVERNMENT EXHIBIT
CASE NO. A18CR016-LY
EXHIBIT NO. 180