

GOVERNMENT EXHIBIT
CASE NO. A18CR016-LY
EXHIBIT NO. 187

GOVERNMENT'S ATTACHMENT B



$408,454,830

CATALOG/ EXCHANGE SALES

Financial Summary

**BULLION DIRECT®**
$8,169,096 in Commissions

← $408,454,830 — CATALOG/EXCHANGE SALES

Financial Summary



Financial Summary



BullionDirect Financial Summary

- BULLION DIRECT — $8,169,096 in Commissions
- CATALOG/EXCHANGE SALES — $408,454,830
- $119,076,022
- PRECIOUS METALS DEALERS — $265,023,499
  - DILLON GAGE
  - HERAEUS PRECIOUS METALS
  - LONE STAR COIN
  - THE HIGHLAND MINT
  - GOLDEN STATE MINT

Financial Summary

**BULLION DIRECT®**

$8,169,096 in Commissions

$28,436,832 → OPERATING EXPENSES

$408,454,830 ← CATALOG/EXCHANGE SALES

$119,076,022 → CATALOG/EXCHANGE SALES

$265,023,499 → PRECIOUS METALS DEALERS

DILLON GAGE
HERAEUS PRECIOUS METALS
LONE STAR COIN
THE HIGHLAND MINT
GOLDEN STATE MINT

Financial Summary

BULLION DIRECT®

$8,169,096 in Commissions

$265,023,499

$119,076,022

$408,454,830

$28,436,832

OPERATING EXPENSES

CATALOG/ EXCHANGE SALES

PRECIOUS METALS DEALERS

Misappropriated Customer Funds:
**$16,186,212**