UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 1:18-CR-00016-LY |
| CHARLES MCALLISTER | § § § | |

**ORDER GRANTING MOTION TO CONTINUE SENTENCE HEARING**

BEFORE THE COURT is Defendant Charles McAllister's Motion to Continue Sentencing Hearing (the "Motion"). Having considered the Motion, the Government's response, if any, and any other proper pleadings or papers on file, the Court finds that the Motion should be and is hereby GRANTED. It is therefore:

ORDERED, ADJUDGED, AND DECREED that the sentencing hearing in this matter is continued to **February 6**, 2020, at **2:00 p.m.**

IT IS SO ORDERED this 16th day of December, 2019.

HON. LEE YEAKEL
UNITED STATES DISTRICT COURT

4