IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:18-CR-016-LY |
| | § | |
| CHARLES MCALLISTER | § | |

GOVERNMENT'S AGREED MOTION FOR CONTINUANCE

The United States of America files this agreed motion to continue the sentencing hearing

to February 13, 2020. The continuance is necessary to accommodate a conflict for a potential

government witness.

Respectfully submitted,

JOHN BASH
UNITED STATES ATTORNEY

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
State Bar of Texas No. 00789328
Telephone: 512.916.5858

**CERTIFICATE OF CONFERENCE**

I have communicated with Jimmy Ardoin, counsel for Charles McAllister, who agrees

with the motion for continuance.

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney

Motion to Continue - Page 1

## **CERTIFICATE OF SERVICE**

This is to certify that on January 3, 2020, a true and correct copy of this motion was

served on the attorney for the defendant by ECF.

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney

Motion to Continue - Page 2