UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. 1:18-CR-00016-LY |
| CHARLES MCALLISTER | § | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant, Charles McAllister, respectfully represents that undersigned counsel, Tiffany C. Raush, and the firm Jones Walker LLP desire to withdraw as counsel of record in this matter. Mr. James M. Ardoin, III, formerly of Jones Walker LLP, was the lead attorney and partner on the case. Ms. Raush is an associate who was previously working under Mr. Ardoin's direction. Mr. Ardoin will remain counsel of record for all purposes for Defendant.

Both Defendant and Mr. Ardoin consent and agree to the undersigned's request to withdraw.

**WHEREFORE**, Defendant, Charles McAllister, respectfully requests this Court enter an Order authorizing the withdrawal of Tiffany C. Raush and the law firm Jones Walker LLP as his counsel of record.

            Respectfully submitted,

            **JONES WALKER LLP**

            */s/ Tiffany C. Raush*
            **TIFFANY C. RAUSH**
            State Bar No. 24099090
            811 Main Street, Suite 2900
            Houston, Texas 77002
            Phone: (713) 437-1811
            Fax: (713) 437-1946
            Email: traush@joneswalker.com

### CERTIFICATE OF SERVICE

I hereby certify this document was filed using the CM/ECF service on January 22, 2020 which caused service on all counsel of record.

            */s/ Tiffany C. Raush*
            TIFFANY C. RAUSH