IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR-016-LY |
| CHARLES MCALLISTER | § | |

### GOVERNMENT'S AGREED MOTION TO DELAY REPORTING TO BUREAU OF PRISONS

The United States of America files this motion requesting that the Court postpone the report date for the defendant to the Bureau of Prisons (BOP) facility in Montgomery, Alabama. A letter dated March 24, 2020, from the BOP was sent to the U.S. Attorney's office requesting a delay in accepting the defendant into the designated facility. Because of the on-going coronavirus situation, BOP has asked for additional time for accepting prisoners at some of their facilities. In compliance with the letter and request from the BOP, the government asks that the Court reset the defendant's report date to July 1, 2020.

Respectfully submitted,

JOHN BASH
UNITED STATES ATTORNEY

*s/Daniel D. Guess*___
DANIEL D. GUESS
Assistant United States Attorney
State Bar of Texas No. 00789328
Telephone: 512.978.5858

Motion to Reset Report Date - Page 1

## CERTIFICATE OF CONFERENCE

I have communicated with Shane Stolarczyk, appellate counsel for Charles McAllister, who agrees with the motion.

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on April 1, 2020, a true and correct copy of this motion was served on the attorney for the defendant by ECF.

*s/Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney