IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR-016-LY |
| CHARLES MCALLISTER | § | |

## ORDER

The Court, having considered the Government's Agreed Motion for Reset Report Date, agrees to the request and Orders the defendant to report to the Bureau of Prisons facility as directed by the facility manager no later than July 1, 2020.

SIGNED this **1st** day of **April**, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE