IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JUN 19 PM 4: 45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO: 1:18-CR-016-LY |
| § | |
| (1) CHARLES MCALLISTER § | |

## ORDER

BEFORE THE COURT are Defendant Charles McAllister's Appellant's Opposed Application for Continued Release on Bond Pending Appeal (Clerk's Doc. #108) and the Government's Response to Defendant's Application for Continued Release on Bond Pending Appeal (Clerk's Doc. #110). After carefully considering the arguments of both parties, the court is of the opinion that McAllister's motion should be granted for substantially the reasons he urges in his motion.

IT IS ORDERED that Appellant's <u>Opposed</u> Application for Continued Release on Bond Pending Appeal (Clerk's Doc. #108) is **GRANTED**.

SIGNED this __19th__ day of June, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE