IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO: 1:18-CR-16-LY |
| | § | |
| (1) CHARLES MCALLISTER | § | |

## ORDER

Before the court are Defendant Charles McAllister's Emergency Application for Continued Release on Bond Pending Appeal (Doc. #123) filed April 15, 2021. After consideration and noting the Government's opposition to the motion, the court is of the opinion that the motion is **GRANTED AS FOLLOWS:**

IT IS ORDERED that McAllister shall surrender to the FPC Montgomery no later than 2:00 PM on _May 14, 2021_.

IT IS FINALLY ORDERED that McAllister shall continue to comply with all conditions of pretrial release.

SIGNED this _15th_ day of April, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE