AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                      Judgment -- Page 2 of 6

DEFENDANT:         CHARLES MCALLISTER
CASE NUMBER:       1:18-CR-00016-LY(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one hundred twenty (120) months as to count one, one hundred twenty (120) months as to count two, and one hundred twenty (120) months as to count three to all run concurrent **FOR A TOTAL TERM OF ONE HUNDRED AND TWENTY (120) MONTHS.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

The Court makes the following recommendations to the Bureau of Prisons:

**To designate defendant to a federal facility close to Montgomery, Alabama in order that the defendant may be near family members during the period of confinement.**

If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefore.



## RETURN

I have executed this judgment as follows:

Voluntary Surrender to BOP Facility

Defendant delivered on  5/14/21  to  Montgomery, AL
at  2 pm , with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas

Gabriel Rodriguez Jr
By
DEPUTY UNITED STATES MARSHAL