**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CHARLES MCALLISTER,** | § | |
| **Petitioner,** | § | **A-22-CV-225-LY-ML** |
| **V.** | § | **(A-18-CR-16(1)-LY)** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **Respondent.** | § | |

**ORDER**

Before the court is Petitioner Charles McAllister Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Dkt. #127).

Accordingly, the court **ORDERS** the Clerk to serve a copy of the Motion (Dkt. #127) upon the United States Attorney. It is **FURTHER ORDERED** that the United States Attorney, on behalf of Respondent, file an answer or other response to the Motion within **sixty (60) days** of the date of service of the Motion on Respondents. If Petitioner desires to file a reply to Respondent's response, he is **ORDERED** to do so within **ten (10) days** of the date of service of the response on him. Once the reply has been filed or the time to do so has elapsed, the undersigned will determine and direct any further proceedings in this matter.

SIGNED March 10, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1