UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES McALLISTER, | § § § | |
| Movant, | § § | CAUSE NO. A-22-CV-225-LY |
| v. | § § | [A-18-CR-16-LY] |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § § | |

### UNOPPOSED MOTION FOR A 90 DAY CONTINUANCE TO REPLY TO: GOVERNMENT'S RESPONSE TO MOVANT'S 28 U.S.C. § 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

MOVANT requests an additional 90 days to REPLY to Government's RESPONSE to MOVANT's §2255 MOTION due on October 17th, 2022. This MOTION is UNOPPOSED by the Government and additional time is necessary to allow for logistical delays; lack of basic technological resources, lack of legal assistance, and other issues related to MOVANT's custodial environment with the U.S. Bureau of Prisons.

On this, the 7th day of October 2022.

Charles McAllister, pro se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing Motion was sent on October 12th, 2022 to:

>Daniel Guess
>Keith Henneke
>U.S. Attorney's Office
>903 San Jacinto, Suite 334
>Austin, Texas 78701

_____
Charles McAllister, pro se

Charles McAllister #00222-480
Federal Prison Camp
1001 Willow Street
Montgomery AL 36112

7015 1730 0000 4660 0907

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
U.S. COURTHOUSE
501 W. 5th STREET, SUITE 1100
AUSTIN, TX 78701

78701-381275